■ DERRICK MOORE, Appellant, v 1772 WEEKS AVENUE HOUSING DEVELOPMENT FUND CORPORATION et al., Respondents. [998 NYS2d 339]—Order, Supreme Court, Bronx County (Kenneth L. Thompson, Jr. J.), entered August 16, 2013, which granted defendants' motion for summary judgment dismissing the complaint, unanimously reversed, on the law, without costs, and the motion denied.

Defendants are not entitled to summary judgment. They failed to satisfy their burden of showing prima facie entitlement to judgment as a matter of law on the issue of their constructive notice of the alleged condition on the subject interior staircase, since they failed to offer evidence as to when the accident location itself was last inspected or cleaned before plaintiff's fall (*see Seleznyov v New York City Tr. Auth.*, 113 AD3d 497, 498 [1st Dept 2014]; *Cater v Double Down Realty Corp.*, 101 AD3d 506 [1st Dept 2012]; *Aviles v 2333 1st Corp.*, 66 AD3d 432 [1st Dept 2009]). Concur—Friedman, J.P., Acosta, Moskowitz, Richter and Clark, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NATHANIEL CROSKEY, Appellant. [996 NYS2d 201]—Appeals having been taken to this Court by the above-named appellant from judgments of the Supreme Court, New York County (Charles Solomon, J.), rendered on or about February 2, 2012, said appeals having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentences not excessive, it is unanimously ordered that the judgments so appealed from be and the same are hereby affirmed. Concur—Friedman, J.P., Acosta, Moskowitz, Richter and Clark, JJ.